UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DAWNICE IQUAN WILKINS,
         Petitioner,
    v.
UNITED STATES OF AMERICA,
         Respondent.

**Judgment in a 2255 Action**

Criminal Case No. 5:10-CR-129-F-1
Civil Case No.     5:12-CV-415-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for an initial review pursuant to Rule 4 of the Rules Governing § 2255 cases in the United States District Court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed.

This Judgment Filed and Entered on July 27, 2012, with service on:
Dawnice Iquan Wilkins 54256-056 Alderson - FPC Glen Ray Rd. Box A Alderson, WV 24910 (via U.S. Mail)
Matthew Lee Fesak (via CM/ECF Notice of Electronic Filing)

July 27, 2012                                   /s/ Julie A. Richards
                                                      Clerk

Raleigh, North Carolina