# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8675
Fax: 919-861-5555

**DATE:** September 26, 2017

**FROM:** Julie Wise Rosa
Senior U.S. Probation Officer

**SUBJECT:** WILKINS, Dawnice Iquan
Case No.: 5:10-CR-129-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On January 3, 2011, pursuant to a guilty plea to Conspiracy to Commit Mail Fraud and Bank Fraud, Dawnice Iquan Wilkins appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 60 months imprisonment to be followed by 3 years supervised release.

The defendant was released from custody on July 8, 2015, and began supervision in the Eastern District of North Carolina.

She has performed satisfactorily on supervision. She has submitted to DNA testing, all drug screens have been negative, and she has been on low intensity supervision since July 2016. Additionally, the defendant has signed an Agreed Order for Payment related to her outstanding financial obligation. Her term of supervision is set to expire on July 7, 2018.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and input was requested; however, we have not received a response and do not know if they concur with our recommendation or object to the same. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____          9-27-17
Terrence W. Boyle                           Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Crim. No. 5:10-CR-129-1BO

**DAWNICE IQUAN WILKINS**

On July 8, 2015, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie Wise Rosa  
Julie Wise Rosa  
Senior U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8675  
Executed On: September 26, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _27_ day of _September_, 2017.

Terrence W. Boyle  
U.S. District Judge